*Salisbury & Parsons, Michael P. DeFanti,* for petitioner. *Hogan & Hogan, Edward T. Hogan,* for respondent.

June 7, 1979.

M. P. No. 79-39. MARGARET MCCUSKER *v.* EDWARD MCCUSKER. The petition for writ of certiorari and motion for stay of the decree of the Family Court are denied. *Philip M. Hak,* for petitioner. *Harold I. Kessler,* for respondent.

M. P. No. 79-147. PETER A. QUITO *v.* DEPARTMENT OF EMPLOYMENT SECURITY BOARD OF REVIEW. The petition for writ of certiorari is denied. *W. Slater Allen, Jr.,* for plaintiff. *Joseph R. DeCiantis,* for respondent.

M. P. No. 79-219. TONY EUGENE LEMON *v.* JOHN J. MORAN. The petition for writ of habeas corpus is denied without prejudice to its being renewed if petitioner's trial does not commence on or before June 29, 1979. *Allegra E. Munson,* Assistant Public Defender, for petitioner. *Dennis J. Roberts, II,* Attorney General, *James P. Renaldo,* Special Assistant Attorney General, for respondent.

APPEAL No. 79-75. TONI S. (LENZEN) FERIOLI *v.* JOHN H. LENZEN. The plaintiff's motion to dismiss this appeal is granted, provided, however, that if defendant shall file his brief on or before July 9, 1979, this appeal shall thereupon be automatically reinstated. *Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey,* for plaintiff. *Peter P. D'Amico,* for defendant.

June 14, 1979.

M. P. No. 79-215. M.A.F., INC. *d/b/a Civic View Inn v.* LOUIS H. PASTORE, JR., *Liquor Control Administrator.* The petition for writ of certiorari is denied. *Ralph J. Gonnella, Ltd., Ralph J. Gonnella,* for petitioner. *Dennis J. Roberts II,* Attorney General, *Maureen E. McKenna,* Special Assistant Attorney General, for defendant.

M. P. No. 79-216. D & F ENTERPRISES, INC. *d/b/a Gemini Hotel v.* LOUIS H. PASTORE, JR., *Liquor Control*